# IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF PETER §
KOSTYSHYN FOR AN § No. 282, 2015
EXTRAORDINARY WRIT OF §
MANDAMUS §

Submitted: June 19, 2015
Decided: June 24, 2015

## ORDER

This 24th day of June 2015, it appears to the Court that, on June 9, 2015, the Clerk directed the petitioner to pay the filing fee in this matter by June 19, 2015 or else his petition would be dismissed without further notice. The petitioner failed to pay the filing fee by the deadline; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rule 3(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice